AUSA: Corey F. Baron

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**26 MAG 2332**

UNITED STATES OF AMERICA

v.

SASH THARAN BALASINKAM,
a/k/a "Sash Balasingam"

Defendant.

**SEALED COMPLAINT**

Violations of 18 U.S.C. § 115(a)(1)(B)

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

Sedrick Washington, being duly sworn, deposes and says that he is a Special Agent with the United States Capitol Police Service ("USCP") and charges as follows:

**COUNT ONE**
**(Threats Against United States Official)**

1. On or about May 24, 2026, in the Southern District of New York and elsewhere, SASH THARAN BALASINKAM, the defendant, unlawfully, willfully, and knowingly, did threaten to assault, kidnap, or murder a United States official, with intent to impede, intimidate and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of official duties, to wit, on or about May 24, 2026, BALASINKAM threatened to murder and otherwise harm a particular high-ranking U.S. Government official ("Official-1").

(Title 18, United States Code, Section 115(a)(1)(B).)

**COUNT TWO**
**(Threats Against United States Official)**

2. On or about May 24, 2026, in the Southern District of New York and elsewhere, SASH THARAN BALASINKAM, the defendant, unlawfully, willfully, and knowingly, did threaten to assault, kidnap, or murder a United States official, with intent to impede, intimidate and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of official duties, to wit, on or about May 24, 2026, BALASINKAM threatened to murder and otherwise harm a particular high-ranking U.S. Government official ("Official-2").

(Title 18, United States Code, Section 115(a)(1)(B).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Special Agent with the USCP. I have been personally involved in the investigation of this matter, and I base this affidavit on that experience as well as my conversations with other law enforcement agents and my examination of various reports, video recordings, and audio recordings. Because this Complaint is being submitted for the limited purpose of establishing

probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

**BALASINKAM References Firearms and Threatens Official-1**

4. Based on my conversations with law enforcements agents, my review of law enforcement records and publicly available information, and my involvement in this investigation, I have learned the following:

a. The defendant, SASH THARAN BALASINKAM, is the user of a particular Facebook account ("Facebook Account-1"). I know this based on, among other things, the fact that the username of Facebook Account-1 is BALASINKAM's first and last name, the public photograph for Facebook Account-1 is one that I recognize to be of BALASINKAM, and, as set forth *infra*, BALASINKAM has publicly posted images from Facebook Account-1 showing his location at a particular time.

b. BALASINKAM is the user of a particular YouTube account ("YouTube Account-1"). I know this based on, among other things, the fact that the username of YouTube Account-1 is a variation of BALASINKAM's first and last name, the public photograph for YouTube Account-1 is one that I recognize to be of BALASINKAM, and substantially all of the content posted by YouTube Account-1 appears to be self-recorded videos of a person I recognize to be BALASINKAM.

c. On or about May 24, 2026, at approximately 8:01 a.m., Facebook Account-1, believed to be used by BALASINKAM, posted "[g]oing to kill" Official-1 and Official-1 "needs to be killed." BALASINKAM specified in that post that he was at Old Glory Guns and Ammo, a firearms retailer located in Greenville, New Hampshire.

d. On or about May 24, 2026, at approximately 10:29 a.m., Facebook Account-1, believed to be used by BALASINKAM, posted (i) a picture of a door with a sign that says "I got caught stealing from Old Glory," which, based on BALASINKAM's Facebook post at Old Glory Guns and Ammo from 8:01 a.m. that morning, appears to be a sign at Old Glory Guns and Ammo, (ii) a picture of two firearms on a glass counter atop a display of additional firearms, and (iii) the message "I'll have those two soon God willing." In context, and based on my training and experience, I believe that this post from Facebook Account-1 indicates BALASINKAM's desire and intention to obtain two firearms. Further, this post was made approximately three hours after BALASINKAM's earlier post that Official-1 "needs to be killed." Image-1 shows the 10:29 a.m. post by BALASINKAM.




**Image-1**

e. On or about May 25, 2026, YouTube Account-1, believed to be used by BALASINKAM, posted a video of BALASINKAM stating, in sum and substance, that he went to a New Hampshire firearms retailer to purchase a firearm, he was unable to purchase a firearm there because he did not have a New Hampshire driver's license, and he intended to obtain a New Hampshire driver's license to purchase a firearm in New Hampshire.

**BALASINKAM Threatens to Assault and Kill Official-1 and Official-2 on Recorded Calls**

5. On or about May 25, 2026, an individual called the Veterans Affairs Veterans Crisis Line reporting concerns about BALASINKAM's efforts to purchase a firearm in New Hampshire. Over the next several hours, a clinical social worker spoke with BALASINKAM on multiple recorded phone calls. Based on my review of those calls, as well as my conversations with other law enforcement officers about the same, I know that during the calls:

*Official-1*

a. BALASINKAM repeatedly stated that he planned to, and took steps to, murder Official-1. For example, BALASINKAM stated that (i) he went to New Hampshire the prior day to purchase a firearm to shoot and kill Official-1, (ii) he was still trying to purchase a firearm to shoot and kill Official-1, (iii) he would otherwise access ammunition and three firearms to shoot and kill Official-1, and (iv) he would travel to the Official-1's home state or Washington D.C. to shoot and kill Official-1.

b. BALASINKAM repeatedly stated that he desired to kill Official-1 because of Official-1's "political views." In context, and based on my training and experience, I believe that BALASINKAM indicated, repeatedly, that he wished to kill Official-1 because of Official-1's political actions, belief, and, in general, Official-1's discharge of official duties.

*Official-2*

c. BALASINKAM threatened to violently assault and kill Official-2. Specifically, that he would rape Official-2 and kill Official-2 by stabbing and choking Official-2.

d. In connection with those threats against Official-2, BALASINKAM asked for Official-2's address and then asserted he would access Official-2 by going to an event hosted by Official-2.

e. BALASINKAM stated, in sum and substance, that he desired to kill Official-2 because of Official-2's position on access to Medicare and because he believed Official-2 would be elected to higher office. In context, and based on my training and experience, I believe BALASINKAM indicated that he wished to kill Official-2 because of Official-2's political actions, belief, and, in general, Official-2's discharge of official duties.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of SASH THARAN BALASINKAM, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

**/s Sedrick Washington** (By Court with Authorization)

Sedrick Washington
Special Agent
United States Capitol Police

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this15th day of June, 2026.

Sarah Cave

THE HONORABLE SARAH L. CAVE
United States Magistrate Judge
Southern District of New York